PRESLEY TANKSELY v. THE STATE.

No. 2966. Decided April 12, 1905.

**Murder—Practice on Appeal—Capital Case.**

Where the record contains neither a statement of facts, bill of exceptions, nor assignment of errors, the question of the sufficiency of the evidence cannot be reviewed even in a capital case.

Appeal from the District Court of Williamson. Tried below before Hon. V. L. Brooks.

Appeal from a conviction of murder in the first degree; penalty, death.

No statement necessary.

No brief for appellant.

*Howard Martin,* Assistant Attorney-General, for the State.

DAVIDSON, PRESIDING JUDGE.—The record is before us without a statement of facts or bill of exceptions. There are no assignment of errors in the record. The only contention in the court below was the want of sufficient evidence to sustain the conviction. Without a statement of facts this matter cannot be reviewed. The extreme penalty of the law was imposed upon appellant for murder in the first degree. As the record is presented the judgment must be affirmed.

*Affirmed.*